B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Peskey, Jason M** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Peskey, Kimberly A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8511** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0762** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1971 Weston Ave.**<br>**Yorkville, IL**    ZIP Code **60560** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1971 Weston Ave.**<br>**Yorkville, IL**    ZIP Code **60560** |
| County of Residence or of the Principal Place of Business:<br>**Kendall** | County of Residence or of the Principal Place of Business:<br>**Kendall** |
| Mailing Address of Debtor (if different from street address):<br>    ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11        of a Foreign Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                          Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Peskey, Jason M**<br>**Peskey, Kimberly A** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ David H. Cutler**                    **September 13, 2012**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**David H. Cutler** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Peskey, Jason M**<br>**Peskey, Kimberly A** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jason M Peskey**

Signature of Debtor **Jason M Peskey**

X **/s/ Kimberly A Peskey**

Signature of Joint Debtor **Kimberly A Peskey**

Telephone Number (If not represented by attorney)

**September 13, 2012**

Date

**Signature of Attorney***

X **/s/ David H. Cutler**

Signature of Attorney for Debtor(s)

**David H. Cutler**

Printed Name of Attorney for Debtor(s)

**Cutler & Associates, Ltd.**

Firm Name

**8430 Gross Point Road #201**
**Skokie, IL 60077**

Address

**Email: stuartlswanson@gmail.com**
**847-673-8600  Fax: 847-673-8636**

Telephone Number

**September 13, 2012**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jason M Peskey**
**Kimberly A Peskey**        Case No. _____

Debtor(s)    Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jason M Peskey**
                        **Jason M Peskey**

Date:   **September 13, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Jason M Peskey**
**Kimberly A Peskey**

Debtor(s)

Case No. _____

Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Kimberly A Peskey**
                       **Kimberly A Peskey**

Date:   **September 13, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jason M Peskey,**
      **Kimberly A Peskey**

Case No. _____

Debtors

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 11,560.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,647.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | 315,069.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,895.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,870.00 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 11,560.00 | | |
| Total Liabilities | | | | 320,716.14 | |

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jason M Peskey,**                 Case No. _____
       **Kimberly A Peskey**

                                             , Debtors     Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

   ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,895.00 |
| Average Expenses (from Schedule J, Line 18) | 3,870.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,595.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 2,887.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 315,069.14 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 317,956.14 |

B6A (Official Form 6A) (12/07)

.

In re    **Jason M Peskey,**                                                      Case No. _____
         **Kimberly A Peskey**

_____,
                            Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Jason M Peskey,**                                                    Case No. _____
        **Kimberly A Peskey**

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Westsuburban Bank** | J | **1,000.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Landlord Security Deposit** | J | **1,800.00** |
|  | | **Comed Utility.  Likely will be seized by comed because of 850 outstanding bill.** | J | **500.00** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Various used household goods and possessions.** | J | **2,500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Various family pictures and used books** | J | **50.00** |
| 6.  Wearing apparel. | | **Various used clohting** | J | **150.00** |
| 7.  Furs and jewelry. | | **two wedding bands and various used costume jewelry** | J | **800.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **6,800.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jason M Peskey,**                                                    Case No. _____
       **Kimberly A Peskey**
_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                  **0.00**
(Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jason M Peskey,**                                                    Case No. _____
        **Kimberly A Peskey**

_____,
                            Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Chrysler Town and Country Minivan LXI. 170,000 miles.  DEBTORS ARE SURRENDERING. Value established by KBB on 8/13/2012.** | J | **1,700.00** |
| | | **1999 Jeep Grand Cherokee Laredo.  160,000 miles. Value established by KBB on 8/13/2012.** | J | **1,060.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Garnished Wage.  These wages were garnished within the previous 90 days prior to filing petitioners bankruptcy** | H | **2,000.00** |

|  | Sub-Total > | **4,760.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **11,560.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                            Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re  **Jason M Peskey,**
    **Kimberly A Peskey**

Case No. _____

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Westsuburban Bank** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Landlord Security Deposit** | **735 ILCS 5/12-1001(b)** | **1,800.00** | **1,800.00** |
| **Household Goods and Furnishings** | | | |
| **Various used household goods and possessions.** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Various family pictures and used books** | **735 ILCS 5/12-1001(a)** | **50.00** | **50.00** |
| **Wearing Apparel** | | | |
| **Various used clohting** | **735 ILCS 5/12-1001(a)** | **150.00** | **150.00** |
| **Furs and Jewelry** | | | |
| **two wedding bands and various used costume jewelry** | **735 ILCS 5/12-1001(b)** | **800.00** | **800.00** |

Total: **6,300.00** **6,300.00**

_0_ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Jason M Peskey,**                                                    Case No. _____
         **Kimberly A Peskey,**
                                                                          ,
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Adler & Associates** **25 E Washington St. Ste. 1221** **Chicago, IL 60602** | | J | | | | | | |
| | | | Value $                                0.00 | | | | 1,347.00 | 1,347.00 |
| Account No. | | | Purchase Money Security | | | | | |
| **RJ Motors** **511 W US Highway 34** **Plano, IL 60545** | | J | **2001 Chrysler Town and Country Minivan LXI.  170,000 miles.  DEBTORS ARE SURRENDERING.  Value established by KBB on 8/13/2012.** | | | | | |
| | | | Value $                         1,700.00 | | | | 3,000.00 | 1,300.00 |
| Account No. | | | **1999 Jeep Grand Cherokee Laredo. 160,000 miles. Value established by KBB on 8/13/2012.** | | | | | |
| **RJ Motors** **511 W US Highway 34** **Plano, IL 60545** | | J | | | | | | |
| | | | Value $                         1,060.00 | | | | 1,300.00 | 240.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | 5,647.00 | 2,887.00 |
| | Total (Report on Summary of Schedules) | 5,647.00 | 2,887.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                         Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re  **Jason M Peskey,**                                                                Case No. _____
       **Kimberly A Peskey**

                                                     ,
                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*  Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    __0__  continuation sheets attached

B6F (Official Form 6F)  (12/07)

In re  **Jason M Peskey**
**Kimberly A Peskey**                                                        Case No. _____

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. **39110000018971** <br><br> **A.R. C. Dekalb LLC** <br> **520 E 22nd St** <br> **Lombard, IL 60418** | | | | **Medical** | | | | **50.00** |
| ACCOUNT NO. **xxxxxx7389** <br><br> **Abbey Carpet** <br> **Po Box 94498** <br> **Las Vegas, NV 89193** | | J | | **Opened 6/01/04 Last Active 2/25/05** <br><br> **ChargeAccount** | | | | **0.00** |
| ACCOUNT NO. **15979017** <br><br> **Academy Collection Service Inc** <br> **10965 Decatur Rd** <br> **Philadelphia, PA 19154** | | | | **Collection** | | | | **1,356.84** |

Sheet  1 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason M Peskey**
    **Kimberly A Peskey**
                                                    Case No _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxxx1002**<br><br>**Aegis Mtg**<br>**11200 Westheimer Road**<br>**Suite 900**<br>**Houston, TX 77042** | | J | | Opened 10/01/02  Last Active 11/01/02<br><br>FHARealEstateMortgage | | | | 0.00 |
| ACCOUNT NO.<br><br>**Aetna**<br>**PO BOX 981109**<br>**El Paso, TX 79998** | | | | Insurance | | | | 0.00 |
| ACCOUNT NO. **701882568**<br><br>**Afni Inc**<br>**404 Brock Dr/PO Box 3517**<br>**Bloomington, IL 61702** | | | | Collection | | | | 432.44 |
| ACCOUNT NO.<br><br>**Allied International Credit Corp**<br>**100 E Shore Dr, 3rd Flr**<br>**Glen Allen, VA 23059** | | | | Collection | | | | 2,331.18 |
| ACCOUNT NO. **6292996**<br><br>**Allied International Credit Corp**<br>**1000 E. Shore Dr, 3rd Fl**<br>**Glen Allen, VA 23059** | | | | Collection | | | | 3,601.04 |
| ACCOUNT NO. **xxxxxxxxx9593**<br><br>**Amc Mortgage Services**<br>**Po Box 11000**<br>**Santa Ana, CA 92711** | | H | | Opened 10/30/06  Last Active 4/16/07<br><br>RealEstateMortgageWithoutOtherCollateral | | | | 0.00 |

Sheet  2 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey
Kimberly A Peskey**
_____
Debtor(s)

Case No _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxx9510 <br><br> **Amc Mortgage Services** <br> Po Box 11000 <br> Santa Ana, CA 92711 | | H | Opened 10/30/06  Last Active 2/16/07 <br><br> ConventionalRealEstateMortgage | | | | 0.00 |
| ACCOUNT NO. <br><br> **American Medical Collection Agency** <br> 4 Westchester Plaza, Ste. 110 <br> Elmsford, NY 10523 | | | Medical | | | | 298.11 |
| ACCOUNT NO. <br><br> **Amerilozn Payday Loan** <br> 3521 P St. NW <br> Miami, OK 74355 | | J | | | | | 0.00 |
| ACCOUNT NO. 1511464 <br><br> **Apex Financial Mangement LLC** <br> PO Box 2189 <br> Northbrook, IL 60065 | | | Collection | | | | 2,425.96 |
| ACCOUNT NO. 36000000004765 <br><br> **APLM Ltd** <br> PO Box 8660 <br> St. Louis, MO 63126 | | | Medical | | | | 275.25 |
| ACCOUNT NO. 25588799 <br><br> **Argent Healthcare Financial Services Inc** <br> PO Box 33009 <br> Phoenix, AZ 85067 | | | Collection | | | | 282.30 |

Sheet  3 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason M Peskey**
**Kimberly A Peskey**                    Case No                     
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **42330851**<br><br>**Arrow Financial Services LLC**<br>**5996 W Touhy Ave**<br>**Niles, IL 60716** | | | **Collection** | | | | 7,075.78 |
| ACCOUNT NO. **2009073**<br><br>**Asset Recovery Solutions LLC**<br>**2200 E Devon Ave Ste 200**<br>**Des Plaines, IL 60018** | | | **Collection** | | | | 2,631.10 |
| ACCOUNT NO. **xxxxxx3011**<br><br>**Associated Receivable**<br>**1058 Claussen Rd Ste 110**<br>**Augusta, GA 30907** | | H | **Opened 7/01/11**<br><br>**CollectionAttorney Comed 26499** | | | | 1,507.00 |
| ACCOUNT NO. **71102a1315g22**<br><br>**ATG Credit LLC**<br>**PO Box 14895**<br>**Chicago, IL 60614** | | | **Collection** | | | | 40.00 |
| ACCOUNT NO. **3487094**<br><br>**Atlantic Credit & Finance Inc**<br>**PO Box 11887**<br>**Roanoke, VA 24022** | | | **Collection** | | | | 1,975.87 |
| ACCOUNT NO. **71102**<br><br>**Atlas PT and Sports Medicine Ct**<br>**PO Box 848**<br>**Aurora, IL 60507** | | | **Collection** | | | | 2,974.00 |

Sheet  4 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey**
**Kimberly A Peskey**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **227053990102** <br><br> **Aurora Emergency Associates/ Dept 20-600 PO Box 2990 Carol Stream, IL 60197** | | | Medical | | | | 114.40 |
| ACCOUNT NO. <br><br> **Aurora Radiology Consultants 520 E 22nd St Lombard, IL 60418** | | | Medical | | | | 48.00 |
| ACCOUNT NO. **xxxx3184** <br><br> **Bank Of America, N.a. 450 American St Simi Valley, CA 93065** | | J | Opened 9/01/02 Last Active 7/01/03 <br><br> FHARealEstateMortgage | | | | 0.00 |
| ACCOUNT NO. **xxxx8771** <br><br> **Bank Of America, N.a. 450 American St Simi Valley, CA 93065** | | H | Opened 2/01/05 Last Active 10/31/06 <br><br> ConventionalRealEstateMortgage | | | | 0.00 |
| ACCOUNT NO. **xxxxxxxxxxxx2137** <br><br> **Barclays Bank Delaware Attention: Bankruptcy Po Box 1337 Philadelphia, PA 19101** | | W | Opened 6/06/06 Last Active 7/20/07 <br><br> CreditCard | | | | 0.00 |

Sheet  5 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason M Peskey**
**Kimberly A Peskey**
_____
Debtor(s)

Case No    _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint , or Community | | | | |
| ACCOUNT NO. **2724655**<br><br>**Blatt, Hasenmiller Leibsker & Moore**<br>**125 S. Wacker Dr STE 400**<br>**Chicago, IL 60606** | | | **Collection** | | | | 7,303.78 |
| ACCOUNT NO.<br><br>**Brenare Eye Clinic**<br>**120 E. Countryside Parkway, Ste. B**<br>**Yorkville, IL 60560** | | | **Medical** | | | | 131.00 |
| ACCOUNT NO. **559608**<br><br>**California Recovery Systems Inc**<br>**5777 Madison Ave Ste 960**<br>**Sacramento, CA 95841** | | | **Collection** | | | | 1,398.45 |
| ACCOUNT NO. **858891**<br><br>**Capital Mangement Services LP**<br>**726 Exchange St, Ste 700**<br>**Buffalo, NY 14210** | | | **Collection** | | | | 2,238.17 |
| ACCOUNT NO. **5178057311679330**<br><br>**Capital One Bank**<br>**PO Box 5294**<br>**Carol Stream, IL 60197** | | | **Credit Card** | | | | 1,335.80 |
| ACCOUNT NO. **xxxxxxxxxxxx9331**<br><br>**Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | W | **Opened 5/19/07 Last Active 7/30/07**<br><br>**CreditCard** | | | | 0.00 |

Sheet 6 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason M Peskey**
     **Kimberly A Peskey**             Case No                           
_____
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| ACCOUNT NO. xxxxxxxxxxxx6532<br><br>**Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | W | **Opened 9/01/02 Last Active 2/24/05**<br><br>**CreditCard** | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx3375<br><br>**Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | W | **Opened 11/01/02 Last Active 2/25/05**<br><br>**CreditCard** | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx2704<br><br>**Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | H | **Opened 11/05/04 Last Active 8/06/07**<br><br>**CreditCard** | | | | 0.00 |
| ACCOUNT NO. 42337454<br><br>**Captial Management Services Lp**<br>**726 Exchange St, Ste 700**<br>**Buffalo, NY 14210** | | | **Collection** | | | | 7,234.41 |
| ACCOUNT NO. 4120613085341140<br><br>**Card Works Servicing LLC**<br>**225 W. Station Square DR**<br>**Pittsburgh, PA 15219** | | | **Collection** | | | | 2,147.48 |
| ACCOUNT NO.<br><br>**Cash Yes**<br>**PO Box 1469**<br>**Belize City Belize CA** | | J | | | | | 0.00 |

Sheet  7 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

| In re | Jason M Peskey | | Case No | |
|---|---|---|---|---|
| | Kimberly A Peskey | | | |
| | Debtor(s) | | | |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **e132190** | | | Medical | | | | |
| **Castle Orthorpaedics Sports Medicine** 2111 Ogden Ave Aurora, IL 60504 | | | | | | | 0.00 |
| ACCOUNT NO. | | J | | | | | |
| **Castle Payday** PO Box 704 Watersmeet, MI 49969 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Collection | | | | |
| **CBCS** PO Box 163250 Columbus, OH 43216 | | | | | | | 931.98 |
| ACCOUNT NO. 16268420 | | | Collection | | | | |
| **CBE Group** 131 Tower Park De Ste 100 Waterloo, IA 50701 | | | | | | | 1,115.62 |
| ACCOUNT NO. **xxxxxxx6812** | | W | Opened 10/01/10 CollectionAttorney Premier Dermatology | | | | |
| **Cda/pontiac** Attn: Bankruptcy Po Box 213 Streator, IL 61364 | | | | | | | 389.00 |
| ACCOUNT NO. 5140218001742130 | | | Collection | | | | |
| **Central Credit Services Inc** PO Box 15118 Jacksonville, FL 32239 | | | | | | | 2,425.96 |

Sheet 8 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason M Peskey**
**Kimberly A Peskey**

              Debtor(s)

Case No  _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| ACCOUNT NO. **4730680107333610**<br><br>**Central Credit Services Inc**<br>**PO Box 15118**<br>**Jacksonville, FL 32239** | | | Collection | | | | 1,975.87 |
| ACCOUNT NO. **cmay581**<br><br>**Central Portfolio Control**<br>**6640 Shady Oak RD #300**<br>**Eden Prairie, MN 55344** | | | Collection | | | | 7,234.41 |
| ACCOUNT NO. **xxxxxxxxxxxx5588**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | W | Opened 6/28/06 Last Active 4/21/08<br><br>CreditCard | | | | 0.00 |
| ACCOUNT NO. **xxxxxxxx7908**<br><br>**Chase**<br>**Po Box 24696**<br>**Columbus, OH 43224** | | J | Opened 5/01/01 Last Active 11/01/02<br><br>FHARealEstateMortgage | | | | 0.00 |
| ACCOUNT NO. **xxxxxxxxxxxx7103**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | J | Opened 6/05/06 Last Active 4/21/08<br><br>CreditCard | | | | 0.00 |
| ACCOUNT NO. **55968750**<br><br>**Chicago Tribune**<br>**PO Box 9001157**<br>**Louisville, KY 40290** | | | Misc | | | | 13.00 |

Sheet  9 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey**
**Kimberly A Peskey**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Debtor(s)

Case No ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxx0901**<br><br>**Citi Auto Citifinancial/Attn: Bankruptcy Dept 1111 Northpoint Dr Coppell, TX 75019** | | H | Opened 10/01/03  Last Active 2/01/05<br><br>**Automobile** | | | | 0.00 |
| ACCOUNT NO. **xxxxxxxxxxx3331**<br><br>**Citifinancial 300 Saint Paul Pl Baltimore, MD 21202** | | H | Opened  8/01/04  Last Active 11/01/04<br><br>**Unsecured** | | | | 0.00 |
| ACCOUNT NO. **xxxxxxxxxxxx0907**<br><br>**Citifinancial 300 Saint Paul Pl Baltimore, MD 21202** | | H | Opened  4/01/04  Last Active 8/01/04<br><br>**Unsecured** | | | | 0.00 |
| ACCOUNT NO. **xx9444**<br><br>**Collection Prof/lasal Po Box 416 La Salle, IL 61301** | | W | Opened 11/01/09<br><br>**Collection**Attorney Benjamin J Raab  Md | | | | 360.00 |
| ACCOUNT NO. **1407A**<br><br>**Collection Professionals Inc 723 First Street LaSalle, IL 61301** | | | **Collection** | | | | 607.65 |

Sheet 10 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey
Kimberly A Peskey**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **374122** <br><br> **Collection Professionals Inc<br>PO Box 416<br>LaSalle, IL 61301** | | | Collection | | | | 593.62 |
| ACCOUNT NO. **8771200660058440** <br><br> **Comcast<br>1711 E Wilson St<br>Batavia, IL 60510** | | | Utilities | | | | 496.94 |
| ACCOUNT NO. **xxxxxx6114** <br><br> **ComEd<br>PO Box 6111<br>Carol Stream, IL 60197** | | J | | | | | 856.00 |
| ACCOUNT NO. **53936692003** <br><br> **Computer Credit Inc<br>640 W. Fourth St<br>Winston-Salem, NC 27113** | | | Collection | | | | 1,600.33 |
| ACCOUNT NO. **2143296013** <br><br> **Contract Callers Inc<br>PO Box 212489<br>Agusta, GA 30917** | | | Collection | | | | 1,506.63 |
| ACCOUNT NO. **5029826905** <br><br> **Credit Collection Services<br>2 Wells Ave Dept 9134<br>Newton, MA 02459** | | | Collection | | | | 36.06 |

Sheet 11 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason M Peskey**
**Kimberly A Peskey**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint , or Community | | | | |
| ACCOUNT NO. **4185865533937100**<br><br>**Creditors Collection Bureau Inc**<br>**PO Box 440290**<br>**Aurora, CO 80044** | | | **Collection** | | | | **5,672.71** |
| ACCOUNT NO. **2342984**<br><br>**Creditors Collection Bureau Inc**<br>**PO Box 63**<br>**Kankakee, IL 60901** | | | **Collection** | | | | **232.14** |
| ACCOUNT NO. **2342983**<br><br>**Creditors Collection Bureau Inc**<br>**755 Almar Parkway**<br>**Bourbonnais, IL 60914** | | | **Collection** | | | | **500.00** |
| ACCOUNT NO. **G16812E64689**<br><br>**Creditors Discount & Audit Co**<br>**415 E. Mail St, PO Box 213**<br>**Streator, IL 61364** | | | **Collection** | | | | **389.31** |
| ACCOUNT NO. **xxxxxxx3385**<br><br>**Dependon Collection Se**<br>**Attn: Bankruptcy**<br>**Po Box 4833**<br>**Oak Brook, IL 60523** | | W | **Opened 11/01/09**<br><br>**CollectionAttorney Aishling Obstetrics   Gynecolo** | | | | **658.00** |
| ACCOUNT NO. **xxxxxxx9228**<br><br>**Dependon Collection Se**<br>**Attn: Bankruptcy**<br>**Po Box 4833**<br>**Oak Brook, IL 60523** | | W | **Opened  8/01/11**<br><br>**CollectionAttorney Emergency Treatment S.C. - Yor** | | | | **255.00** |

Sheet 12 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey**
**Kimberly A Peskey**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **16268420** <br><br> **Direct TV** <br> **PO Box 78626** <br> **Phoenix, AZ 85062** | | | **Utilities** | | | | 1,115.62 |
| ACCOUNT NO. **L51083** <br><br> **Diversified Services Group** <br> **5800 E. Thomas Rd STE #107** <br> **Scottdale, AZ 85251** | | | **Collection** | | | | 282.30 |
| ACCOUNT NO. **L51084** <br><br> **Diversified Services Group** <br> **PO Box 80185** <br> **Phoenix, AZ 85060** | | | **Collection** | | | | 283.30 |
| ACCOUNT NO. <br><br> **Dr. Paula H. Weihler** <br> **PO Box 389** <br> **Yorkville, IL 60560** | | | **Medical** | | | | 1,353.10 |
| ACCOUNT NO. **5g535914** <br><br> **Dreyer Medical Clinic** <br> **1870 W. Galena Blvd** <br> **Aurora, IL 60506** | | | **Medical** | | | | 204.88 |
| ACCOUNT NO. **115213** <br><br> **Edward Health Ventures** <br> **1 E County Line Rd** <br> **Sandwich, IL 60548** | | | **Medical** | | | | 403.00 |

Sheet 13 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey**
**Kimberly A Peskey**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| ACCOUNT NO.<br><br>**Emergency Treatment SC**<br>**900 Jorie Blvd Ste 220**<br>**Oak Brook, IL 60523** | | | Medical | | | | 270.00 |
| ACCOUNT NO. **xxxx5225**<br><br>**Enhanced Recovery Corp**<br>**Attention: Client Services**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | H | Opened 12/01/11<br><br>CollectionAttorney Comcast Cable Communications | | | | 343.00 |
| ACCOUNT NO. **xxxx9638**<br><br>**Eos Cca**<br>**700 Longwater Dr**<br>**Norwell, MA 02061** | | H | Opened 12/01/08<br><br>CollectionAttorney U.S. Cellular - Cr | | | | 405.00 |
| ACCOUNT NO. **1144007748**<br><br>**EOS CCA**<br>**700 Longwater Dr**<br>**Norwell, MA 02061** | | | Collection | | | | 342.61 |
| ACCOUNT NO. **42945699**<br><br>**ER Solutions Inc**<br>**PO Box 9004**<br>**Renton, WA 98057** | | | Collection | | | | 1,938.97 |
| ACCOUNT NO. **xxx2029**<br><br>**Ffcc-columbus Inc**<br>**1550 Old Henderson Rd St**<br>**Columbus, OH 43220** | | H | Opened  6/01/08<br><br>CollectionAttorney Dental | | | | 36.00 |

Sheet 14 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason M Peskey**
       **Kimberly A Peskey**
                                    Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **dp3224** <br><br> **FFCC-Columbus Inc** <br> **1550 Old Henderson Rd Ste 100** <br> **Columbus, OH 43220** | | | Collection | | | | 36.00 |
| ACCOUNT NO. **uc5911** <br><br> **Financial Recovery Services Inc** <br> **PO Box 385908** <br> **Minneapolis, MN 55438** | | | Collection | | | | 1,359.07 |
| ACCOUNT NO. **xxxxxxxxxxxx4318** <br><br> **First Premier Bank** <br> **3820 N Louise Ave** <br> **Sioux Falls, SD 57107** | | H | Opened 8/01/07 Last Active 11/25/07 <br><br> CreditCard | | | | 483.00 |
| ACCOUNT NO. **5178007827004310** <br><br> **First Premier Bank** <br> **PO Box 5519** <br> **Sioux Falls, SD 57117** | | | Credit Card | | | | 467.72 |
| ACCOUNT NO. **27087436** <br><br> **FirstSource Healthcare Advantage INC** <br> **7650 Magna Dr** <br> **Belleville, IL 62223** | | | Collection | | | | 1,242.60 |
| ACCOUNT NO. **14344611** <br><br> **FirstSource Healthcare Advantage INC** <br> **PO Box 628** <br> **Buffalo, NY 14250** | | | Collection | | | | 7,075.78 |

Sheet 15 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey**
**Kimberly A Peskey**
_____
Debtor(s)

Case No _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **08CH818** <br><br> **Fisher and Shapiro LLC** <br> **4201 Lake Cook Rd** <br> **Northbrook, IL 60062** | | | **Collection** | | | | **0.00** |
| ACCOUNT NO. **18677505** <br><br> **FMS Inc** <br> **4915 S. Union Ave** <br> **Tulsa, OK 74107** | | | **Collection** | | | | **937.98** |
| ACCOUNT NO. **11196544** <br><br> **Fransk Gerkin McKenna PC** <br> **19333 E Grant HWY/PO Box 5** <br> **Marengo, IL 60152** | | | **Collection** | | | | **2,578.10** |
| ACCOUNT NO. **10SC01210** <br><br> **Freedman Anselmo Lindberg LLC** <br> **PO Box 3228** <br> **Naperville, IL 60566** | | | **Collection** | | | | **9,348.30** |
| ACCOUNT NO. **10052985** <br><br> **Freedman Anselmo Lindbert & Rappe LLC** <br> **1807 W. Diehl Rd, Ste. 333 PO Box 3228** <br> **Naperville, IL 60566** | | | **Collection** | | | | **8,360.73** |
| ACCOUNT NO. **xxxxxxx7521** <br><br> **G M A C** <br> **15303 S 94th Ave** <br> **Orland Park, IL 60462** | | H | **Opened 10/01/06  Last Active 5/15/09** <br><br> **Automobile** | | | | **0.00** |

Sheet 16 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason M Peskey**
       **Kimberly A Peskey**
                                                                    Case No
_____
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5178052495112700** <br><br> **GC Services Limited Partnership** <br> **6330 Gulfton** <br> **Houston, IL 77081** | | | | **Collection** | | | | **7,782.59** |
| ACCOUNT NO. <br><br> **GE Money Bank** <br> **PO Box 960061** <br> **Orlando, FL 32896** | | | | **Credit Card** | | | | **3,247.96** |
| ACCOUNT NO. **6044071024583270** <br><br> **GEMB** <br> **PO Box 381064** <br> **El Paso, TX 79998** | | | | **Credit Card** | | | | **1,321.84** |
| ACCOUNT NO. **xxxxxxxxxxxx9182** <br><br> **Gemb/peach Direct** <br> **Attn: bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | H | | **Opened  9/25/07  Last Active 3/23/08** <br><br> **ChargeAccount** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxxxxxx3276** <br><br> **Gembppbycr** <br> **Gemb/Attn: Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | H | | **Opened  6/10/07  Last Active 10/06/07** <br><br> **CreditCard** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Genova Diagnostics** <br> **PO Box 3220** <br> **Ashville, NC 28802** | | | | **Medical** | | | | **198.14** |

Sheet 17 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re Jason M Peskey
Kimberly A Peskey
Debtor(s)

Case No

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Harris & Harris Ltd**<br>**600 W. Jackson Blvd Ste 400**<br>**Chicago, IL 60661** | | | **Collection** | | | | **652.39** |
| ACCOUNT NO. **xxx7446**<br>**Hilco Receivables/Equable Ascent Financi**<br>**Attn: Bankruptcy**<br>**1120 Lake Cook Road Suite B**<br>**Buffalo Grove, IL 60089** | | **W** | **Opened 5/01/08**<br>**FactoringCompanyAccount Barclays Bank Delaware** | | | | **2,426.00** |
| ACCOUNT NO. **5120255001401200**<br>**Hollander Law Offices LLC**<br>**PO Box 105130**<br>**Atlanta, GA 30348** | | | **Collection** | | | | **788.14** |
| ACCOUNT NO. **6035320161119060**<br>**Home Depot Credit Services**<br>**PO Box 689100**<br>**Des Moines, IA 50368** | | | **Credit Card** | | | | **9,917.73** |
| ACCOUNT NO. **5491100017766450**<br>**HouseHold Bank/HSBC Card Services**<br>**PO Box 17051**<br>**Baltimore, MD 21297** | | | **Credit Card** | | | | **1,003.07** |
| ACCOUNT NO. **xxxxxxxxxxxx6455**<br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | **H** | **Opened 3/29/07 Last Active 7/14/07**<br>**CreditCard** | | | | **0.00** |

Sheet 18 of 33 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason M Peskey**
       **Kimberly A Peskey**
       _____
                  Debtor(s)

Case No  _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxx3019 <br><br> Hsbc Bank <br> Po Box 5253 <br> Carol Stream, IL 60197 | | H | Opened 5/19/07 Last Active 7/14/07 <br><br> CreditCard | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxx4655 <br><br> Hsbc Bank <br> Po Box 5253 <br> Carol Stream, IL 60197 | | H | Opened 8/01/02 Last Active 2/25/05 <br><br> CreditCard | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxx1201 <br><br> Hsbc Bank <br> Po Box 5253 <br> Carol Stream, IL 60197 | | W | Opened 6/06/06 Last Active 8/17/07 <br><br> CreditCard | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxx3617 <br><br> Hsbc Nv <br> Attention: Bankruptcy <br> Po Box 5213 <br> Carol Stream, IL 60197 | | W | Opened 3/30/07 Last Active 8/17/07 <br><br> CreditCard | | | | 0.00 |
| ACCOUNT NO. xxxx9088 <br><br> Hsbc/mscpi <br> Po Box 3425 <br> Buffalo, NY 14240 | | H | Opened 9/01/05 Last Active 10/31/06 <br><br> CreditLineSecured | | | | 0.00 |

Husband, Wife, Joint , or Community

Sheet 19 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

| In re | Jason M Peskey | | | Case No | |
|---|---|---|---|---|---|
| | Kimberly A Peskey | | | | |
| | Debtor(s) | | | | |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4185867377135580** | | | | | | | |
| **I.C. Systems Inc** **444 Highway 96 East, PO Box 64887** **St. Paul, MN 55164** | | | Collection | | | | 6,528.37 |
| ACCOUNT NO. | | | | | | | |
| **Illinois Tollway** **PO Box 5201** **Lisle, IL 60532** | | | Collection | | | | 2,689.31 |
| ACCOUNT NO. **27203** | | | | | | | |
| **Illinois Urological Institute sc** **25 N. Winfield Rd #407** **Winfield, IL 60190** | | | Medical | | | | 0.00 |
| ACCOUNT NO. **9598283** | | | | | | | |
| **JC Christensen & Associates Inc** **PO Box 519** **Saul Rapids, MN 56379** | | | Collection | | | | 1,593.26 |
| ACCOUNT NO. **5140218001742130** | | | | | | | |
| **Juniper Card Services** **PO Box 13337** **Philadelphia, PA 19101** | | | Credit Card | | | | 2,425.96 |
| ACCOUNT NO. **535914** | | | | | | | |
| **Kca Financial Serviced Inc** **628 North Street/PO Box 53** **Geneva, IL 60134** | | | Collection | | | | 252.43 |

Sheet 20 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

| | |
|---|---|
| In re | **Jason M Peskey**<br>**Kimberly A Peskey** |

Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>*(See instructions above.)* | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community<br>DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **477126759**<br><br>**Kohls Department Store**<br>**PO Box 359**<br>**Milwaukee, WI 53201** | | | Credit Card | | | | 810.41 |
| ACCOUNT NO. **xxxxxxxxxxxx6759**<br><br>**Kohls/capone**<br>**Po Box 3115**<br>**Milwaukee, WI 53201** | | W | Opened  4/21/07  Last Active 7/22/07<br><br>ChargeAccount | | | | 931.00 |
| ACCOUNT NO. **xxxxxxxxxxxx6172**<br><br>**Kohls/capone**<br>**Po Box 3115**<br>**Milwaukee, WI 53201** | | W | Opened 11/01/93  Last Active 3/01/12<br><br>ChargeAccount | | | | 0.00 |
| ACCOUNT NO.<br><br>**Lake Holiday Property Owners**<br>**Assoc**<br>**283 Easy St**<br>**Somonauk, IL 60552** | | | Collection | | | | 887.00 |
| ACCOUNT NO. **15006051080700700**<br><br>**Law Office of Alan M. Laskin**<br>**9381 Stockton Blvd, Ste. 116**<br>**Elk Grove, CA 95624** | | | Collection | | | | 4,475.21 |
| ACCOUNT NO.<br><br>**Law Offices of James A. West PC**<br>**6380 Rogerdale Rd Ste 130**<br>**Houston, TX 77072** | | | Collection | | | | 1,316.46 |

Sheet 21 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey**
    **Kimberly A Peskey**
_____
Debtor(s)

Case No _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6627918**<br><br>**Leading Edge Recovery Solutions**<br>**5440 N Cumberland Ave STE 300**<br>**Chicago, IL 60656** | | | **Collection** | | | | 1,662.91 |
| ACCOUNT NO. **13927800**<br><br>**Leading Edge Recovery Solutions**<br>**5440 Cumberland Ave Ste 300**<br>**Chicago, IL 60656** | | | **Collection** | | | | 2,440.40 |
| ACCOUNT NO. **xxxxxxxxxxxx5588**<br><br>**Lvnv Funding Llc**<br>**P.o. Box 10584**<br>**Greenville, SC 29603** | | W | **Opened  9/01/11**<br><br>**FactoringCompanyAccount Washington Mutu Washington Mut** | | | | 7,517.00 |
| ACCOUNT NO. **xxxxxxxxxxxx3276**<br><br>**Lvnv Funding Llc**<br>**P.o. Box 10584**<br>**Greenville, SC 29603** | | H | **Opened  3/01/09**<br><br>**FactoringCompanyAccount Ge Capital Paypal Buyer Credit** | | | | 2,480.00 |
| ACCOUNT NO.<br><br>**MCS Collections Inc**<br>**725 S. Wells St, Ste. 501**<br>**Chicago, IL** | | | **Collection** | | | | 0.00 |
| ACCOUNT NO. **6487075**<br><br>**Medical Recovery Speacialist Inc**<br>**2250 E. Devon Ave, Ste. 352**<br>**Des Plaines, IL 60018** | | | **Collection** | | | | 39.51 |

Sheet 22 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

| In re | Jason M Peskey | | |
|---|---|---|---|
| | Kimberly A Peskey | | Case No |
| | Debtor(s) | | |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8100741135** **Merchants Credit Guide Comp** **223 W. Jackson Blvd** **Chicago, IL 60606** | | | | Collection | | | | **13.00** |
| ACCOUNT NO. **xxxxxxxxxxxx1144** **Merrick Bk** **Attn: Bankruptcy** **P.O. Box 9201** **Old Bethpage, NY 11804** | | H | | Opened  6/01/07  Last Active 8/12/07 **CreditCard** | | | | **2,147.00** |
| ACCOUNT NO. **Messerli & Kramer Pa** **3033 Campus Dr #250** **Plymouth, MN 55441** | | | | Collection | | | | **2,449.00** |
| ACCOUNT NO. **11SC1464** **Michael A. Mellott** **201 E 3rd st** **Sterling, IL 61081** | | | | Collection | | | | **643.03** |
| ACCOUNT NO. **8536367797** **Midland Credit Management Inc** **8875 Aero Drive, Ste. 200** **San Diego, CA 92123** | | | | Collection | | | | **4,739.24** |
| ACCOUNT NO. **xxxxx7797** **Midland Funding** **8875 Aero Dr Ste 200** **San Diego, CA 92123** | | H | | Opened  9/01/10 **FactoringCompanyAccount Ge Money** | | | | **4,823.00** |

Sheet 23 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

| In re | Jason M Peskey | | | | Case No | | |
|---|---|---|---|---|---|---|---|
| | Kimberly A Peskey | | | | | | |
| | Debtor(s) | | | | | | |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. xxxxxx8286  Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | W | | Opened 4/01/09  FactoringCompanyAccount Citibank Usa N.A. | | | | 13,572.00 |
| ACCOUNT NO. xxxx9225  Nco Fin/09 Attention: Bankruptcy 507 Prudential Rd Horsham, PA 19044 | | H | | Opened 5/01/11  CollectionAttorney Directv | | | | 1,117.00 |
| ACCOUNT NO. 53936692002  NCO Financial Systems Inc 3005 Grape RD STE A Mishawaka, IN 46545 | | | | Collection | | | | 525.83 |
| ACCOUNT NO.  NCO Financial Systems Inc PO Box 15630 Wilminton, DE 19850 | | | | Collection | | | | 647.88 |
| ACCOUNT NO. 645898016082  Nick Zone 2931 E. McCarty St Jefferson City, MO 65101 | | | | Collection | | | | 52.38 |
| ACCOUNT NO. 632740  Nicor Advanced Energy 1844 Ferry Road, 7W Naperville, IL 60563 | | | | Utilities | | | | 647.88 |

Sheet 24 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey**
**Kimberly A Peskey**
_____
Debtor(s)

Case No _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1046540256** <br><br> **Nicor Gas** <br> **PO Box 2020** <br> **Aurora, IL 60507** | | | **Utilities** | | | | 1,696.19 |
| ACCOUNT NO. <br><br> **Northland Group Inc** <br> **PO Box 390846** <br> **Minneapolis, MN 55439** | | | **Collection** | | | | 2,425.96 |
| ACCOUNT NO. **4730680107333610** <br><br> **NRC Nations Recovery Center INC** <br> **PO Box 48719** <br> **Atlanta, GA 30362** | | | **Collection** | | | | 1,975.87 |
| ACCOUNT NO. **xxxx9717** <br><br> **Ocwen Loan Service** <br> **Attn: Bankruptcy** <br> **P.O. Box 24738** <br> **West Palm Beach, FL 33416** | | H | **Opened 10/01/06  Last Active 6/20/08** <br><br> **Short fall 1876 Irene Rd. Sandwhich IL** | | | | 0.00 |
| ACCOUNT NO. **4663040003063010** <br><br> **Orchard Bank/HSBC Card Services** <br> **PO Box 17051** <br> **Baltimore, MD 21297** | | | **Credit Card** | | | | 1,067.24 |
| ACCOUNT NO. **6044071024583270** <br><br> **PayPal Buyer Credit** <br> **PO Box 960080** <br> **Orlando, FL 32896** | | | **Credit Card** | | | | 1,321.84 |

Sheet 25 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey**
**Kimberly A Peskey**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5178007827004310** **PFG of Minnesota** **7825 Washington Ave S Ste 310** **Minneapolis, MN 55439** | | | **Collection** | | | | **483.35** |
| ACCOUNT NO. **9042725211** **Plaza Associates** **JAF Station, PO Box 2769** **New York, NY 10116** | | | **Collection** | | | | **2,147.48** |
| ACCOUNT NO. **xxxxxxxx9789** **PNC** **Attention: Bankruptcy** **6750 Miller Rd.** **Brecksville, OH 44141** | | J | **Opened 7/01/03 Last Active 1/17/05** **ConventionalRealEstateMortgage** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxx9790** **PNC** **Attention: Bankruptcy** **6750 Miller Rd.** **Brecksville, OH 44141** | | J | **Opened 7/01/03 Last Active 2/15/05** **RealEstateMortgageWithoutOtherCollateral** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxxxxx2704** **Portfolio Rc** **Attn: Bankruptcy** **Po Box 41067** **Norfolk, VA 23541** | | H | **Opened 4/01/08 Last Active 7/06/12** **FactoringCompanyAccount** **Capital One Bank** | | | | **5,908.00** |

Sheet 26 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

| In re | **Jason M Peskey** | | |
|-------|--------------------|--|--|
| | **Kimberly A Peskey** | | Case No |
| | Debtor(s) | | |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx6455 **Portfolio Rc** **Attn: Bankruptcy** **Po Box 41067** **Norfolk, VA 23541** | | H | Opened 9/01/08 **FactoringCompanyAccount Hsbc Card Services Iii Inc.** | | | | 1,053.00 |
| ACCOUNT NO. 5178052495112700 **Portfolio Recovery Associates LLC** **PO Box 12903** **Norfolk, VA 23541** | | | Collection | | | | 0.00 |
| ACCOUNT NO. 172881 **Premier Dermatology** **2051 Plainfield Rd** **Crest Hill, IL 60403** | | | Medical | | | | 259.54 |
| ACCOUNT NO. xxx1193 **Pro Com Services Of Il** **Po Box 202** **Springfield, IL 62705** | | W | Opened 4/01/08 **CollectionAttorney Brenart Eye Clinic Llc** | | | | 70.00 |
| ACCOUNT NO. 6002625728 **Protocol Recovery Services, Inc** **509 Mercer Avenue** **Panama City, FL 32401** | | | Collection | | | | 1,564.27 |
| ACCOUNT NO. v8837652 **Provena Mercy Medical Center** **75 Remittance Dr Ste 1871** **Chicago, IL 60675** | | | Medical | | | | 793.89 |

Sheet 27 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

| In re | Jason M Peskey | | |
|---|---|---|---|
| | Kimberly A Peskey | | Case No |
| | Debtor(s) | | |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3234011162 | | | Medical | | | | |
| Quest Diagnostics PO Box 64804 Baltimore, MD 21264 | | | | | | | 28.10 |
| ACCOUNT NO. H1552282 | | | Collection | | | | |
| Redline Recovery Services LLC 6201 Bonhomme St Ste 100S Houston, TX 77036 | | | | | | | 762.00 |
| ACCOUNT NO. xxxxxx8991 | | H | Opened 10/30/06  Last Active 9/30/08 Shortfall 1876 Irene Rd. Sandwich IL | | | | |
| Resurgent 15 S Main St. #700 Greenville, SC 29601 | | | | | | | 51,627.00 |
| ACCOUNT NO. 307740 | | | Collection | | | | |
| RRCA Accounts Mangement Inc 201 E 3rd st Sterling, IL 61081 | | | | | | | 708.07 |
| ACCOUNT NO. xxxxx36N1 | | J | Opened 10/01/09 CollectionAttorney Edward Health Ventures | | | | |
| Rrca Acct Mgmt 201 E 3rd St Sterling, IL 61081 | | | | | | | 643.00 |
| ACCOUNT NO. 53936692003 | | | Medical | | | | |
| Rush University Medical Center PO Box 4075 Carol Stream, IL 60197 | | | | | | | 0.00 |

Sheet 28 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey
Kimberly A Peskey**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **365217**<br><br>**Rush University Medical Center 1700 W. Van Buren St, Ste. 161 TOB Chicago, IL 60612** | | | Medical | | | | 4,332.90 |
| ACCOUNT NO. **365217**<br><br>**Rush University Medical Center 75 Remittance Dr Ste 1611 Chicago, IL 60675** | | | Medical | | | | 9.02 |
| ACCOUNT NO.<br><br>**Rush-Copley Medical Group PO Box 352 Aurora, IL 60507** | | | Medical | | | | 0.00 |
| ACCOUNT NO. **25588799**<br><br>**Rush-Copley Medical Group 2000 Ogden Avenue Aurora, IL 60504** | | | Medical | | | | 382.00 |
| ACCOUNT NO. **71102a1315**<br><br>**Rush-Copley Medical Group 2060 Ogden Avenue, Ste B Aurora, IL 60504** | | | Medical | | | | 382.00 |
| ACCOUNT NO. **xxxxxxxxxxxx9449**<br><br>**Sams Club / GEMB Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076** | | W | Opened 12/01/10  Last Active 6/25/12<br><br>ChargeAccount | | | | 345.00 |

Sheet 29 of 33 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason M Peskey**
    **Kimberly A Peskey**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4185867377135580** <br><br> **Sentry Credit Inc** <br> **PO Box 660487** <br> **Dallas, TX 75266** | | | **Credit Card** | | | | 6,528.37 |
| ACCOUNT NO. **2619358** <br><br> **Sentry Credit Inc** <br> **2809 Grand Ave** <br> **Everett, WA 98201** | | | **Collection** | | | | 2,409.64 |
| ACCOUNT NO. **2467491** <br><br> **Sentry Credit Inc** <br> **PO Box 12070** <br> **Everett, WA 98206** | | | **Collection** | | | | 1,139.87 |
| ACCOUNT NO. <br><br> **Splash Payday** <br> **93 Mack Rd.** <br> **Box Elder, MT 59521** | | J | | | | | 0.00 |
| ACCOUNT NO. **xxxx2239** <br><br> **State Collection Servi** <br> **Attn: Bankruptcy** <br> **2509 S Stoughton Rd** <br> **Madison, WI 53716** | | H | **Opened 5/01/09** <br><br> **CollectionAttorney Provena Mercy Medical Center** | | | | 60.00 |
| ACCOUNT NO. **xxxx2240** <br><br> **State Collection Servi** <br> **Attn: Bankruptcy** <br> **2509 S Stoughton Rd** <br> **Madison, WI 53716** | | H | **Opened 5/01/09** <br><br> **CollectionAttorney Provena Mercy Medical Center** | | | | 1,276.00 |

Sheet 30 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey**
   **Kimberly A Peskey**
                    Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx5920** <br><br> **Stellar Recovery Inc** <br> **1845 Us Hwy 93 Sou** <br> **Kalispell, MT 59901** | | W | Opened  3/01/11 <br><br> CollectionAttorney Comcast | | | | 252.00 |
| ACCOUNT NO. <br><br> **Sterchi Chiropractic SC** <br> **2625 N Bride St** <br> **Yorkville, IL 60560** | | | Medical | | | | 25.00 |
| ACCOUNT NO. **11933286** <br><br> **Tate & Kirlin Associates** <br> **2810 Southhampton RD** <br> **Philadelphia, PA 19154** | | | Collection | | | | 7,075.78 |
| ACCOUNT NO. **xxx4396** <br><br> **The Affiliated Group I** <br> **Po Box 7739** <br> **Rochester, MN 55903** | | W | Opened  8/01/10 <br><br> CollectionAttorney Water Services Corporation | | | | 263.00 |
| ACCOUNT NO. **7864396** <br><br> **The Affiliated Group Inc** <br> **3055 41st St NW Ste 100** <br> **Rochester, MN 55901** | | | Collection | | | | 263.16 |
| ACCOUNT NO. **1483R0027181892** <br><br> **Transworld Systems Inc** <br> **1375 E Woodfield Rd #110** <br> **Schaumburg, IL 60173** | | | Collection | | | | 558.81 |

Sheet 31 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey**
**Kimberly A Peskey**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **U Store** <br> **1207 Badger St** <br> **Yorkville, IL 60560** | | | Collection | | | | 1,225.00 |
| ACCOUNT NO. **44** <br><br> **Usa Payday** <br> **111 W Veterans Pkwy** <br> **Yorkville, IL 60560** | | H | Opened  9/01/05  Last Active 8/01/04 <br><br> InstallmentLoan | | | | 0.00 |
| ACCOUNT NO. **117886** <br><br> **Valley Imaging Consultants LLc** <br> **6910 S Madison St** <br> **Willowbrook, IL 60527** | | | Medical | | | | 340.20 |
| ACCOUNT NO. **26158781** <br><br> **Van Ru Credit Corporation** <br> **8550 Ulmerton Rd Ste 225** <br> **Largo, FL 00033-7711** | | | Collection | | | | 483.35 |
| ACCOUNT NO. **xxxxxxxxxx5885** <br><br> **Wellsfargo** <br> **800 Walnut St** <br> **Des Moines, IA 50309** | | J | Opened  6/01/04  Last Active 2/28/05 <br><br> NoteLoan | | | | 0.00 |
| ACCOUNT NO. **xxxxxxxxxx6476** <br><br> **Wellsfargo** <br> **800 Walnut St** <br> **Des Moines, IA 50309** | | J | Opened  1/01/04  Last Active 2/28/05 <br><br> ChargeAccount | | | | 0.00 |

Sheet 32 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason M Peskey**
**Kimberly A Peskey**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | *Husband, Wife, Joint, or Community* | | | | |
| ACCOUNT NO. **8518701** <br><br> **Weltman, Weinberg & Reis Co** <br>**PO Box 93784** <br>**Cleveland, OH 44101** | | | **Collection** | | | | 1,500.70 |
| ACCOUNT NO. **25226** <br><br> **Womens Healthcare Associates** <br>**PO Box 2091** <br>**Aurora, IL 60507** | | | **Medical** | | | | 992.56 |
| | | | Total <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical <br> Summary of Certain Liabilities and Related Data.) | | | | 315,069.14 |

Sheet 33 of 33 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

B6G (Official Form 6G) (12/07)

.

In re  **Jason M Peskey,**                                                    Case No. _____
       **Kimberly A Peskey**

———————————————————————————————,
                            Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Robert Perkins**<br>**400 Corporate Pointe Ste. 300**<br>**Culver City, CA 90230** | **House Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re     **Jason M Peskey,**                                                                Case No. _____
          **Kimberly A Peskey**
_____,
                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Jason M Peskey**
      **Kimberly A Peskey**               Case No. _____
                  Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **son**    **Son** | AGE(S): **11**    **7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | |
| Name of Employer | **Synergia Corp** | **Homemaker** |
| How long employed | **6 yrs** | |
| Address of Employer | **DBA: Embassy Coffee Service 3175 MacArthur Blvd. Northbrook, IL 60062** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 4,375.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 4,375.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 480.00 | $ | 0.00 |
|    b. Insurance | $ | 1,469.00 | $ | 0.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,949.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,426.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify):    **Cash Income from Fitness Training** | $ | 0.00 | $ | 800.00 |
|    **Work Reimbursements for Milage, Cell** | $ | 669.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 669.00 | $ | 800.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,095.00 | $ | 800.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 3,895.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor pays for own gas and cell.  The company reimburses him.  The wife works only part time for the income noted.  One parttime job only pays her in cash.**

B6J (Official Form 6J) (12/07)

In re **Jason M Peskey**
**Kimberly A Peskey**                                         Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,000.00 |
| a. Are real estate taxes included?    Yes ___    No **X** | | |
| b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 250.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 200.00 |
|    d. Other **Cable Bundle** | $ | 75.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 80.00 |
| 6. Laundry and dry cleaning | $ | 80.00 |
| 7. Medical and dental expenses | $ | 60.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 100.00 |
|    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other | $ | 0.00 |
|    c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other    **Various used household Expenses/Grooming** | $ | 75.00 |
|    Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,870.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,895.00 |
| b.   Average monthly expenses from Line 18 above | $ | 3,870.00 |
| c.   Monthly net income (a. minus b.) | $ | 25.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jason M Peskey**
        **Kimberly A Peskey**

                                      Debtor(s)

Case No.
Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **46**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 13, 2012**         Signature   **/s/ Jason M Peskey**
                                                      **Jason M Peskey**
                                                     Debtor

Date   **September 13, 2012**         Signature   **/s/ Kimberly A Peskey**
                                                      **Kimberly A Peskey**
                                                    Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Jason M Peskey**
**Kimberly A Peskey**                                          Case No.
_____
Debtor(s)                          Chapter            **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$26,142.00** | **2012 YTD: Husband Work** |
| **$38,825.00** | **2011: Combined Income** |
| **$38,622.00** | **2010: Combind Income** |
| **$1,321.00** | **2012 Wife Income** |

2

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ocwen loan v. Pesky et all** | **Foreclosure** | **Kendall County IL** | **Post Judgment** |
| **Maximus Collections V. Pesky 12 SC 339** | **Collection** | **Dekalb County Illinois** | **Pending** |
| **RTCH Account Mgmt v. Pesky 11 SC 1464** | **Collection** | **Dekalb County Illinois** | **Pending** |
| **Harvest Credit Management v. Pesky 12 SC 796** | **Colletion** | **Kendall County Illinois** | **Pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ocwen Loan Servicing, LLC**<br>**1661 Worthington Rd. Ste. 100**<br>**Att Bankruptcy**<br>**West Palm Beach, FL 33411** | **2009** | **1876 Irene Ave. Sandwich IL.  Value less than owed with two mortgages.** |

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

7

---

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **September 13, 2012**                Signature    **/s/ Jason M Peskey**
                                                            **Jason M Peskey**
                                                            Debtor


Date    **September 13, 2012**                Signature    **/s/ Kimberly A Peskey**
                                                            **Kimberly A Peskey**
                                                            Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jason M Peskey**
        **Kimberly A Peskey**

                    Debtor(s)

Case No.

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**RJ Motors** | **Describe Property Securing Debt:**<br>**2001 Chrysler Town and Country Minivan LXI.  170,000 miles.**<br>**DEBTORS ARE SURRENDERING.  Value established by KBB**<br>**on 8/13/2012.** |

Property will be (check one):

■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt             ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                           Page 2

| Property No. 2 | |
| --- | --- |
| **Creditor's Name:**<br>**RJ Motors** | **Describe Property Securing Debt:**<br>**1999 Jeep Grand Cherokee Laredo.  160,000 miles. Value established by KBB on 8/13/2012.** |

Property will be (check one):

☑ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☑ Claimed as Exempt                        ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **September 13, 2012**          Signature  **/s/ Jason M Peskey**
                                                  **Jason M Peskey**
                                                  Debtor

Date  **September 13, 2012**          Signature  **/s/ Kimberly A Peskey**
                                                  **Kimberly A Peskey**
                                                  Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jason M Peskey**
**Kimberly A Peskey**                                                    Case No.

_____                                  Chapter   **7**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
   copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:  **September 13, 2012**                          **/s/ David H. Cutler**
_____                  **David H. Cutler**
                                                         **Cutler & Associates, Ltd.**
                                                         **8430 Gross Point Road #201**
                                                         **Skokie, IL 60077**
                                                         **847-673-8600  Fax: 847-673-8636**
                                                         **stuartlswanson@gmail.com**

---

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jason M Peskey**
**Kimberly A Peskey**

Case No.

Debtor(s)

Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Jason M Peskey**<br>**Kimberly A Peskey** | X **/s/ Jason M Peskey** | **September 13, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X **/s/ Kimberly A Peskey** | **September 13, 2012** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jason M Peskey**
**Kimberly A Peskey**

                         Debtor(s)

Case No. _____

Chapter    **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **190**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **September 13, 2012**                      **/s/ Jason M Peskey**
                                                  **Jason M Peskey**
                                                  Signature of Debtor

Date:    **September 13, 2012**                      **/s/ Kimberly A Peskey**
                                                  **Kimberly A Peskey**
                                                  Signature of Debtor

.

A.R. C. Dekalb LLC
520 E 22nd St
Lombard, IL 60418


Abbey Carpet
Po Box 94498
Las Vegas, NV 89193


Academy Collection Service Inc
10965 Decatur Rd
Philadelphia, PA 19154


Adler & Associates
25 E Washington St. Ste. 1221
Chicago, IL 60602


Aegis Mtg
11200 Westheimer Road
Suite 900
Houston, TX 77042


Aetna
PO BOX 981109
El Paso, TX 79998


Afni Inc
404 Brock Dr/PO Box 3517
Bloomington, IL 61702


Allied International Credit Corp
1000 E. Shore Dr, 3rd Fl
Glen Allen, VA 23059


Allied International Credit Corp
100 E Shore Dr, 3rd Flr
Glen Allen, VA 23059


Amc Mortgage Services
Po Box 11000
Santa Ana, CA 92711


Amc Mortgage Services
Po Box 11000
Santa Ana, CA 92711

American Medical Collection Agency
4 Westchester Plaza, Ste. 110
Elmsford, NY 10523


Amerilozn Payday Loan
3521 P St. NW
Miami, OK 74355


Apex Financial Mangement LLC
PO Box 2189
Northbrook, IL 60065


APLM Ltd
PO Box 8660
St. Louis, MO 63126


Argent Healthcare Financial Services Inc
PO Box 33009
Phoenix, AZ 85067


Arrow Financial Services LLC
5996 W Touhy Ave
Niles, IL 60716


Asset Recovery Solutions LLC
2200 E Devon Ave Ste 200
Des Plaines, IL 60018


Associated Receivable
1058 Claussen Rd Ste 110
Augusta, GA 30907


ATG Credit LLC
PO Box 14895
Chicago, IL 60614


Atlantic Credit & Finance Inc
PO Box 11887
Roanoke, VA 24022


Atlas PT and Sports Medicine Ct
PO Box 848
Aurora, IL 60507

Aurora Emergency Associates/ Dept 20-600
PO Box 2990
Carol Stream, IL 60197

Aurora Radiology Consultants
520 E 22nd St
Lombard, IL 60418

Bank Of America, N.a.
450 American St
Simi Valley, CA 93065

Bank Of America, N.a.
450 American St
Simi Valley, CA 93065

Barclays Bank Delaware
Attention: Bankruptcy
Po Box 1337
Philadelphia, PA 19101

Blatt, Hasenmiller Leibsker & Moore
125 S. Wacker Dr STE 400
Chicago, IL 60606

Brenare Eye Clinic
120 E. Countryside Parkway, Ste. B
Yorkville, IL 60560

California Recovery Systems Inc
5777 Madison Ave Ste 960
Sacramento, CA 95841

Capital Mangement Services LP
726 Exchange St, Ste 700
Buffalo, NY 14210

Capital One Bank
PO Box 5294
Carol Stream, IL 60197

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130


Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130


Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130


Captial Management Services Lp
726 Exchange St, Ste 700
Buffalo, NY 14210


Card Works Servicing LLC
225 W. Station Square DR
Pittsburgh, PA 15219


Cash Yes
PO Box 1469
Belize City Belize CA


Castle Orthorpaedics Sports Medicine
2111 Ogden Ave
Aurora, IL 60504


Castle Payday
PO Box 704
Watersmeet, MI 49969


CBCS
PO Box 163250
Columbus, OH 43216


CBE Group
131 Tower Park De Ste 100
Waterloo, IA 50701

Cda/pontiac
Attn: Bankruptcy
Po Box 213
Streator, IL 61364


Central Credit Services Inc
PO Box 15118
Jacksonville, FL 32239


Central Credit Services Inc
PO Box 15118
Jacksonville, FL 32239


Central Portfolio Control
6640 Shady Oak RD #300
Eden Prairie, MN 55344


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 24696
Columbus, OH 43224


Chase
Po Box 15298
Wilmington, DE 19850


Chicago Tribune
PO Box 9001157
Louisville, KY 40290


Citi Auto
Citifinancial/Attn: Bankruptcy Dept
1111 Northpoint Dr
Coppell, TX 75019


Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202


Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

Collection Prof/lasal
Po Box 416
La Salle, IL 61301


Collection Professionals Inc
723 First Street
LaSalle, IL 61301


Collection Professionals Inc
PO Box 416
LaSalle, IL 61301


Comcast
1711 E Wilson St
Batavia, IL 60510


ComEd
PO Box 6111
Carol Stream, IL 60197


Computer Credit Inc
640 W. Fourth St
Winston-Salem, NC 27113


Contract Callers Inc
PO Box 212489
Agusta, GA 30917


Credit Collection Services
2 Wells Ave Dept 9134
Newton, MA 02459


Creditors Collection Bureau Inc
PO Box 63
Kankakee, IL 60901


Creditors Collection Bureau Inc
755 Almar Parkway
Bourbonnais, IL 60914


Creditors Collection Bureau Inc
PO Box 440290
Aurora, CO 80044

Creditors Discount & Audit Co
415 E. Mail St, PO Box 213
Streator, IL 61364

Dependon Collection Se
Attn: Bankruptcy
Po Box 4833
Oak Brook, IL 60523

Dependon Collection Se
Attn: Bankruptcy
Po Box 4833
Oak Brook, IL 60523

Direct TV
PO Box 78626
Phoenix, AZ 85062

Diversified Services Group
5800 E. Thomas Rd STE #107
Scottdale, AZ 85251

Diversified Services Group
PO Box 80185
Phoenix, AZ 85060

Dr. Paula H. Weihler
PO Box 389
Yorkville, IL 60560

Dreyer Medical Clinic
1870 W. Galena Blvd
Aurora, IL 60506

Edward Health Ventures
1 E County Line Rd
Sandwich, IL 60548

Emergency Treatment SC
900 Jorie Blvd Ste 220
Oak Brook, IL 60523

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256


Eos Cca
700 Longwater Dr
Norwell, MA 02061


EOS CCA
700 Longwater Dr
Norwell, MA 02061


ER Solutions Inc
PO Box 9004
Renton, WA 98057


Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220


FFCC-Columbus Inc
1550 Old Henderson Rd Ste 100
Columbus, OH 43220


Financial Recovery Services Inc
PO Box 385908
Minneapolis, MN 55438


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


First Premier Bank
PO Box 5519
Sioux Falls, SD 57117


FirstSource Healthcare Advantage INC
7650 Magna Dr
Belleville, IL 62223


FirstSource Healthcare Advantage INC
PO Box 628
Buffalo, NY 14250

Fisher and Shapiro LLC
4201 Lake Cook Rd
Northbrook, IL 60062


FMS Inc
4915 S. Union Ave
Tulsa, OK 74107


Fransk Gerkin McKenna PC
19333 E Grant HWY/PO Box 5
Marengo, IL 60152


Freedman Anselmo Lindberg LLC
PO Box 3228
Naperville, IL 60566


Freedman Anselmo Lindbert & Rappe LLC
1807 W. Diehl Rd, Ste. 333 PO Box 3228
Naperville, IL 60566


G M A C
15303 S 94th Ave
Orland Park, IL 60462


GC Services Limited Partnership
6330 Gulfton
Houston, IL 77081


GE Money Bank
PO Box 960061
Orlando, FL 32896


GEMB
PO Box 381064
El Paso, TX 79998


Gemb/peach Direct
Attn: bankruptcy
Po Box 103104
Roswell, GA 30076


Gembppbycr
Gemb/Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Genova Diagnostics
PO Box 3220
Ashville, NC 28802


Harris & Harris Ltd
600 W. Jackson Blvd Ste 400
Chicago, IL 60661


Hilco Receivables/Equable Ascent Financi
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089


Hollander Law Offices LLC
PO Box 105130
Atlanta, GA 30348


Home Depot Credit Services
PO Box 689100
Des Moines, IA 50368


HouseHold Bank/HSBC Card Services
PO Box 17051
Baltimore, MD 21297


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Nv
Attention: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

Hsbc/mscpi
Po Box 3425
Buffalo, NY 14240


I.C. Systems Inc
444 Highway 96 East, PO Box 64887
St. Paul, MN 55164


Illinois Tollway
PO Box 5201
Lisle, IL 60532


Illinois Urological Institute sc
25 N. Winfield Rd #407
Winfield, IL 60190


JC Christensen & Associates Inc
PO Box 519
Saul Rapids, MN 56379


Juniper Card Services
PO Box 13337
Philadelphia, PA 19101


Kca Financial Serviced Inc
628 North Street/PO Box 53
Geneva, IL 60134


Kohls Department Store
PO Box 359
Milwaukee, WI 53201


Kohls/capone
Po Box 3115
Milwaukee, WI 53201


Kohls/capone
Po Box 3115
Milwaukee, WI 53201


Lake Holiday Property Owners Assoc
283 Easy St
Somonauk, IL 60552

Law Office of Alan M. Laskin
9381 Stockton Blvd, Ste. 116
Elk Grove, CA 95624


Law Offices of James A. West PC
6380 Rogerdale Rd Ste 130
Houston, TX 77072


Leading Edge Recovery Solutions
5440 N Cumberland Ave STE 300
Chicago, IL 60656


Leading Edge Recovery Solutions
5440 Cumberland Ave Ste 300
Chicago, IL 60656


Lvnv Funding Llc
P.o. Box 10584
Greenville, SC 29603


Lvnv Funding Llc
P.o. Box 10584
Greenville, SC 29603


MCS Collections Inc
725 S. Wells St, Ste. 501
Chicago, IL


Medical Recovery Speacialist Inc
2250 E. Devon Ave, Ste. 352
Des Plaines, IL 60018


Merchants Credit Guide Comp
223 W. Jackson Blvd
Chicago, IL 60606


Merrick Bk
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804


Messerli & Kramer Pa
3033 Campus Dr #250
Plymouth, MN 55441

Michael A. Mellott
201 E 3rd st
Sterling, IL 61081


Midland Credit Management Inc
8875 Aero Drive, Ste. 200
San Diego, CA 92123


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123


Nco Fin/09
Attention: Bankruptcy
507 Prudential Rd
Horsham, PA 19044


NCO Financial Systems Inc
PO Box 15630
Wilminton, DE 19850


NCO Financial Systems Inc
3005 Grape RD STE A
Mishawaka, IN 46545


Nick Zone
2931 E. McCarty St
Jefferson City, MO 65101


Nicor Advanced Energy
1844 Ferry Road, 7W
Naperville, IL 60563


Nicor Gas
PO Box 2020
Aurora, IL 60507


Northland Group Inc
PO Box 390846
Minneapolis, MN 55439

NRC Nations Recovery Center INC
PO Box 48719
Atlanta, GA 30362


Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416


Orchard Bank/HSBC Card Services
PO Box 17051
Baltimore, MD 21297


PayPal Buyer Credit
PO Box 960080
Orlando, FL 32896


PFG of Minnesota
7825 Washington Ave S Ste 310
Minneapolis, MN 55439


Plaza Associates
JAF Station, PO Box 2769
New York, NY 10116


PNC
Attention: Bankruptcy
6750 Miller Rd.
Brecksville, OH 44141


PNC
Attention: Bankruptcy
6750 Miller Rd.
Brecksville, OH 44141


Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates LLC
PO Box 12903
Norfolk, VA 23541


Premier Dermatology
2051 Plainfield Rd
Crest Hill, IL 60403


Pro Com Services Of Il
Po Box 202
Springfield, IL 62705


Protocol Recovery Services, Inc
509 Mercer Avenue
Panama City, FL 32401


Provena Mercy Medical Center
75 Remittance Dr Ste 1871
Chicago, IL 60675


Quest Diagnostics
PO Box 64804
Baltimore, MD 21264


Redline Recovery Services LLC
6201 Bonhomme St Ste 100S
Houston, TX 77036


Resurgent
15 S Main St. #700
Greenville, SC 29601


RJ Motors
511 W US Highway 34
Plano, IL 60545


RJ Motors
511 W US Highway 34
Plano, IL 60545


RRCA Accounts Mangement Inc
201 E 3rd st
Sterling, IL 61081

Rrca Acct Mgmt
201 E 3rd St
Sterling, IL 61081


Rush University Medical Center
75 Remittance Dr Ste 1611
Chicago, IL 60675


Rush University Medical Center
1700 W. Van Buren St, Ste. 161 TOB
Chicago, IL 60612


Rush University Medical Center
PO Box 4075
Carol Stream, IL 60197


Rush-Copley Medical Group
2060 Ogden Avenue, Ste B
Aurora, IL 60504


Rush-Copley Medical Group
2000 Ogden Avenue
Aurora, IL 60504


Rush-Copley Medical Group
PO Box 352
Aurora, IL 60507


Sams Club / GEMB
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076


Sentry Credit Inc
PO Box 12070
Everett, WA 98206


Sentry Credit Inc
PO Box 660487
Dallas, TX 75266


Sentry Credit Inc
2809 Grand Ave
Everett, WA 98201

Splash Payday
93 Mack Rd.
Box Elder, MT 59521


State Collection Servi
Attn: Bankruptcy
2509 S Stoughton Rd
Madison, WI 53716


State Collection Servi
Attn: Bankruptcy
2509 S Stoughton Rd
Madison, WI 53716


Stellar Recovery Inc
1845 Us Hwy 93 Sou
Kalispell, MT 59901


Sterchi Chiropractic SC
2625 N Bride St
Yorkville, IL 60560


Tate & Kirlin Associates
2810 Southhampton RD
Philadelphia, PA 19154


The Affiliated Group I
Po Box 7739
Rochester, MN 55903


The Affiliated Group Inc
3055 41st St NW Ste 100
Rochester, MN 55901


Transworld Systems Inc
1375 E Woodfield Rd #110
Schaumburg, IL 60173


U Store
1207 Badger St
Yorkville, IL 60560


Usa Payday
111 W Veterans Pkwy
Yorkville, IL 60560

Valley Imaging Consultants LLc
6910 S Madison St
Willowbrook, IL 60527


Van Ru Credit Corporation
8550 Ulmerton Rd Ste 225
Largo, FL 00033-7711


Wellsfargo
800 Walnut St
Des Moines, IA 50309


Wellsfargo
800 Walnut St
Des Moines, IA 50309


Weltman, Weinberg & Reis Co
PO Box 93784
Cleveland, OH 44101


Womens Healthcare Associates
PO Box 2091
Aurora, IL 60507